**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David Anthony HARRIS, Defendant–Appellant.**

**No. 01–7689.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2002.

Decided Feb. 28, 2002.

David Anthony Harris, pro se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

David Anthony Harris seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting

the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Harris*, Nos. CR–99–255; CA–01–60–1 (M.D.N.C. Sept. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*